# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ryan Cosgrove

Plaintiff,

-v-

Oregon Chai, Inc.

Defendant.

Case No. 1:19-cv-10686 (KPF)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oregon Chai, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Kerry Group PLC, which is a publicly traded company, is an indirect corporate parent of Oregon Chai, Inc.

**Date:** 01/24/2020

/s/ Robert B. Wolinsky

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf   SDNY Web 10/2007