**Sheehan & Associates, P.C.**     505 Northern Blvd Ste 311, Great Neck NY 11021–5101
tel. 516.303.0552     fax 516.234.7800
spencer@spencersheehan.com

February 19, 2020

District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  1:19-cv-10686-KPF
     Cosgrove v. Oregon Chai, Inc.

Dear District Judge Failla:

   This office represents the plaintiff.  As instructed by Your Honor's Clerk earlier today, plaintiff respectfully requests that leave of court be granted to allow plaintiff to correct the deficiencies described in the attached notice.  On February 18, 2020, plaintiff timely filed the first amended complaint and today received a deficiency notice informing this office of a clerical error – specifically, that the pleading was titled "Class Action Complaint" instead of "Amended Complaint."  ECF No. 16, 16-1.

   The undersigned was instructed to seek leave of court or consent of opposing counsel prior to filing a correctly titled amended complaint.  Plaintiff promptly requested defendant's consent and there is no reason to expect consent will not be forthcoming.  Plaintiff requests leave of Court to accept plaintiff's correctly titled "Amended Complaint" as timely filed and deem the deficiency arising from the clerical error described herein to be cured.  Plaintiff will correct the deficiency upon being notified of the earlier of either defendant's consent or the Court's leave.  Thank you.

               Respectfully submitted,

                /s/Spencer Sheehan
               Spencer Sheehan

Certificate of Service

I certify that on February 19, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☒ |

/s/ Spencer Sheehan  
Spencer Sheehan