# EXHIBIT "A"



New Jersey Agricultural Experiment Station

Mass Spectrometry Facility
Food Innovation Center North
Rutgers, The State University of NJ
63 Dudley Road
New Brunswick, NJ 08901-8520

Thomas G. Hartman, Ph.D.
Laboratory Director
hartmantg@aol.com
Phone: 848-932-5543
Fax: 732-932-6776

January 31, 2020

Spencer Sheehan, Esq.
Sheehan & Associates, P.C.
505 Northern Blvd
Suite 311
Great Neck, NY 11021

spencer@spencersheehan.com

## CONFIDENTIAL

### Mass Spectrometry Laboratory Analysis Report #7609

### Flavor Analysis of Oregon Chai-Vanilla Chai Tea Latte Powder

Dear Mr. Sheehan:

    This is the report pertaining to the above-captioned samples that you submitted for flavor analysis.

**I    Sample Log**

    The following samples were received for analysis:

1.    Oregon Chai-Vanilla Chai Tea Latte Powder
    Production Code: 080940002

**II    Analysis Request**

    The analysis request was to extract and analyze the flavors from the product.

## III   Analysis Methodology

The product ( 1.0 g) was transferred to a borosilicate glass test tube sealed with Teflon-lined, screw cap closure, matrix-spiked with 1.0 μg of naphthalene-$d_8$ internal standard (1.0 ppm w/v) and extracted with 5.0 ml of methylene chloride. The sample was centrifuged 30 minutes at 2500 rpm and the the upper, clear supernatant layer was concentrated under a gentle stream of nitrogen to a final volume of approximately 0.5 mL then transferred to a Purge & Trap apparatus (Scientific Instrument Services, Solid Sample P&T system) and subjected to Purge & Trap-Thermal Desorption-GC-MS analysis as follows:

### Purge & Trap-Thermal Desorption-GC-MS

Concentrated methylene chloride extract prepared as described above was evaporated to dryness in a stream of nitrogen gas inside the glass tubing of the purge & trap apparatus (SIS Solid Sample Purge & Trap Oven). Immediately upon reaching dryness the sample was subjected to P&T analysis by purging with nitrogen at 50 ml per minute for 30 minutes at 150°C. The exhaust of the P&T apparatus was fitted with a Tenax-TA adsorbent trap. The traps were then connected to the Short Path Thermal Desorption system and thermally desorbed directly into the GC-MS system for final analysis (SIS Model TD-4 Short Path Thermal Desorber). The thermal desorption conditions were 250°C for 5 minutes. A method blank was prepared and analyzed prior to the vanilla ice cream sample. Compounds detected in the method blank were disregarded in the data treatment of the test sample.

### GC-MS Analysis Methodology

Analyses of Tenax traps prepared as described above were conducted using a Scientific Instrument Services (SIS) model TD4 Short Path Thermal Desorber interfaced to the Varian 3400 GC directly coupled to a Finnigan TSQ-7000 triple stage quadrapole tandem mass spectrometer equipped with an Xcaliber data system. Thermal desorption conditions were 250°C for 5 minutes using sub-ambient, cryogenic GC column temperature programming. The GC was equipped with a 60 meter x 0.32 mm i.d. Guardian-ZB-5MS capillary column with a 1.0 μm film thickness (Phenomonex). The mass spectrometer was operated in electron ionization mode (70 eV) scanning masses 35-350 once each second.

**Materials**

Naphthalene-$d_8$ used as internal standard for the study was purchased from Sigma-Aldrich Chemical Co, St. Louis MO. Methylene chloride was purchased from Thermo Fisher Scientific. All thermal desorption supplies were purchased from Scientific Instrument Services, Inc., Ringoes, NJ.

**IV   Results**

The GC-MS analysis data for the Chai-Vanilla Tea Latte product is summarized in Table 1. The GC-MS chromatogram corresponding to the Table is presented in Figure 1. From left to right, the Table lists the MS scan number (from centroid of peak), peak area integration, peak identification and then concentration data expressed in parts per million (ppm w/v). The data is semi-quantitative and based on peak area ratio to the matrix-spiked internal standard (naphthalene-$d_8$) assuming a detector response factor of 1.0 with no correction for extraction efficiency.

If you have any questions or if I can be of further assistance to you then please don't hesitate to contact me.

Respectfully Submitted,

Thomas G. Hartman, Ph.D.
Mass Spectrometry Lab Director
& Research Professor

# Attachments

- Table 1, Analysis Results Summary

- Figure 1, GC-MS Chromatogram

- Analysis Data Forms

- Photo of Test Sample

Table 1

Sheehan & Associates, P.C., Project #7609
Oregon Chai-Vanilla Chai Tea Latte Powder
Production Code: 080940002
Methylene Chloride Extract of with 1 ppm Matrix-Spiked Int. Std. by P&T-TD-GC-MS

Data File = TSQA3761

| MS Scan # | Area Integration | Peak Assignment | Conc. PPM w/w |
|---|---|---|---|
| 128 | 72979 | diacetyl | 0.03 |
| 320 | 47766 | butyric acid | 0.02 |
| 338 | 36325 | hexanal | 0.01 |
| 433 | 27923 | pentanoic acid | 0.01 |
| 521 | 62554 | alpha-pinene | 0.02 |
| 537 | 66939 | sabinene | 0.02 |
| 557 | 695994 | hexanoic acid + benzaldehyde | 0.24 |
| 565 | 48638 | 6-methyl-5-hepten-2-one | 0.02 |
| 571 | 205613 | myrcene | 0.07 |
| 577 | 69669 | beta-pinene | 0.02 |
| 587 | 40228 | octanal | 0.01 |
| 602 | 59100 | phellandrene | 0.02 |
| 607 | 151444 | alpha-terpinene | 0.05 |
| 613 | 76140 | 2-carene | 0.03 |
| 622 | 76381 | p-cymene | 0.03 |
| 630 | 12774499 | limonene | 4.45 |
| 638 | 14147018 | benzyl alcohol | 4.92 |
| 656 | 190521 | 2-hydroxybenzaldehyde + gamma-terpinene | 0.07 |
| 678 | 59982 | phenylmethyl formate | 0.02 |
| 688 | 181675 | terpinolene | 0.06 |
| 693 | 2055563 | linalool | 0.72 |
| 721 | 4714233 | maltol | 1.64 |
| 734 | 181833 | 2-cyclohexen-1-ol, 1-methyl-4-(1-methylethyl) | 0.06 |
| 744 | 31638 | limonene oxide | 0.01 |
| 756 | 561724 | octanoic acid | 0.20 |
| 761 | 201075 | benzyl acetate | 0.07 |
| 771 | 187033 | benzene propanal | 0.07 |
| 777 | 192043 | benzoic acid | 0.07 |
| 793 | 1573466 | 4-terpineol | 0.55 |
| 805 | 2108650 | alpha-terpineol | 0.73 |
| 810 | 2872727 | naphthalene-d8 (internal standard) | 1.00 |
| 835 | 162090 | linallyl acetate | 0.06 |
| 843 | 215384 | nerol | 0.07 |
| 849 | 200704 | 2-methoxybenzaldehyde | 0.07 |
| 853 | 92107 | carvone | 0.03 |
| 863 | 192007 | nonanoic acid | 0.07 |
| 909 | 159703856 | cinnamic aldehyde | 55.59 |
| 939 | 910471 | delta-elemene + alpha-terpineol acetate | 0.32 |
| 975 | 184660143 | eugenol | 64.28 |
| 988 | 6738967 | eugenyl methyl ether | 2.35 |
| 992 | 521400 | elemene | 0.18 |
| 1015 | 30865726 | vanillin | 10.74 |
| 1027 | 119802 | ? sesquiterpene | 0.04 |
| 1037 | 25387074 | caryophyllene | 8.84 |
| 1064 | 9588671 | dihydrocoumarin | 3.34 |
| 1068 | 1357977 | curcumene | 0.47 |
| 1086 | 12538585 | eugenyl acetate | 4.36 |
| 1092 | 1193079 | eremophylene | 0.42 |
| 1095 | 1178417 | cadinene | 0.41 |
| 1101 | 3293682 | delta-cadinene | 1.15 |
| 1110 | 1905777 | 2-methoxycinnamic aldehyde | 0.66 |
| 1174 | 920785 | caryophyllene oxide | 0.32 |
| 1117-1306 | 4674870 | complex mixture of sesquiterpenes, sesquiterpene alcohols & sesquiterpene oxides | 1.63 |
| 1311 | 63761 | benzyl benzoate | 0.02 |
| 1388 | 281463 | caffeine | 0.10 |
| | | **Total** | **169.76** |

C:\Xcalibur\data\TSQA3761                                          1/28/2020 2:36:40 PM



```
TSQA3761
Type: Unknown ID: 1 Row: 1
Sample Name:              Oregon Chai-Vanilla Chai Tea Latte Powder (Production
                          Code: 080940002), DCM Extract, 150C/30min, matrix spiked
                          with w/w 1.0ppm Int. Std. by P&T-TD-GC-MS
Study:
Client:                   Sheehan & Associates, P.C., LLN7609
Laboratory:               Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:        C:\Xcalibur\methods\voc45solventdelay8min.meth
Processing Method:
Vial:                     1
Injection Volume (µl):    10.00
Sample Weight:            0.00
Sample Volume (µl):       0.00
ISTD Amount:              0.00
Dil Factor:               1.00
```





**Nutrition Facts**

Serving Size 3 Tbsp (34g)
Servings Per Container about 8

**Amount Per Serving**

**Calories** 130   Calories from Fat 10

| | % Daily Value* |
|---|---|
| **Total Fat** 1g | 2% |
| Saturated Fat 0.5g | 3% |
| Trans Fat 0g | |
| **Cholesterol** 5mg | 2% |
| **Sodium** 135mg | 6% |
| **Total Carbohydrate** 29g | 10% |
| Dietary Fiber 0g | 0% |
| Sugars 27g | |
| **Protein** 2g | |

Vitamin A 0%  •  Vitamin C 0%
Calcium 6%  •  Iron 0%

*Percent Daily Values are based on a 2,000 calorie diet.

**INGREDIENTS:** SUGAR, DRIED WHOLE MILK, DRIED NONFAT MILK, DRIED HONEY, TAPIOCA MALTODEXTRIN, INSTANT BLACK TEA, MALTODEXTRIN, SALT, NATURAL FLAVORS.
**CONTAINS:** MILK

DISTRIBUTED BY OREGON CHAI INC.
7224 1ST AVENUE SOUTH, SEATTLE, WA 98108
PRODUCT OF USA
OREGON CHAI® IS A REGISTERED TRADEMARK OF OREGON CHAI, INC.
*Contains 112 mg caffeine per serving*
*Typical value; caffeine levels can vary by season and by crop